Matter of Rosenberg (2024 NY Slip Op 06416)

Matter of Rosenberg

2024 NY Slip Op 06416

Decided on December 19, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 19, 2024

PM-257-24
[*1]In the Matter of Erwin Rosenberg, a Disbarred Attorney. (Attorney Registration No. 2898625.)

Calendar Date:November 18, 2024

Before:Garry, P.J., Egan Jr., Lynch, Aarons and Reynolds Fitzgerald, JJ.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Michael K. Creaser of counsel), for Attorney Grievance Committee for the Third Judicial Department.
Erwin Rosenberg, Aventura, Florida, respondent pro se.

Motion for leave to file a motion to vacate this Court's February 10, 2022 order of disbarment (202 AD3d 1271 [3d Dept 2022], appeal dismissed 39 NY3d 1177 [2023]) pursuant to this Court's November 2, 2023 order enjoining respondent from certain motion practice without prior leave of this Court (221 AD3d 1131 [3d Dept 2023]).
Upon the papers filed in support of the motion and the papers filed in opposition thereto, and having determined that respondent has failed to remit the required $45.00 motion fee applicable to all motions for relief from this Court (see Rules of App Div, All Depts [22 NYCRR] 1250.17 [a] [2]; see also Matter of Rosenberg, 221 AD3d 1131, 1132 n [3d Dept 2023]; CPLR 1101),[FN1] and having further determined that respondent has failed to submit his motion in admissible form (see CPLR 2101; 2106; 2214; Rules of App Div, All Depts [22 NYCRR] § 1250.4; see also Rules of App Div, 3d Dept [22 NYCRR] § 806.16 [c]) it is
Garry, P.J., Egan Jr., Lynch, Aarons and Reynolds Fitzgerald, JJ., concur.
ORDERED that the motion is denied.

Footnotes

Footnote 1: Respondent is herein noticed that the Clerk of this Court is authorized to summarily reject any future motion for filing which is not in full compliance with this Court's rules. In particular, respondent is advised that no future motions will be accepted for filing in the absence of the requisite motion fee or a meritorious motion seeking indigent status pursuant to CPLR 1101.